1    ANDREA E. BATES, ESQ. SBN 192491
2    Abates@Bates-Bates.com
     BATES & BATES, LLC
3    964 DeKalb Avenue, Suite 101
4    Atlanta, Georgia 30307
     Phone (404) 228-7439
5    Fax    (404) 963-6231
6
     Attorneys for
7    Plaintiff GIBSON GUITAR CORP.
8
                    UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10
11   GIBSON GUITAR CORP., a Delaware   ) Case No. **CV12-10870** DDP (AJWx)
     corporation,                      )
12                                     )
              Plaintiff,               ) COMPLAINT FOR:
13                                     ) (1) Trademark Infringement;
14   vs.                               ) (2) Trademark Counterfeiting;
                                       ) (3) False Designation of Origin and
15   VIACOM INTERNATIONAL INC., a      ) Unfair Competition Under the United
16   Delaware corporation; JOHN        ) States Trademark Act;
     HORNBY SKEWES & CO. LTD., a       ) (4) False Description of Fact and
17   United Kingdom corporation and DOES ) Representations and False Advertising
18   1 through 10,                     ) Under the United States Trademark Act;
                                       ) (5) Trademark Dilution Under the
19             Defendants.             ) United States Trademark Act;
20                                     ) (6) Trade Dress Infringement Under
                                       ) Federal Law; (7) Trademark Dilution
21                                     ) Under California State Law;
22                                     ) (8) Common Law Trademark
                                       ) Infringement; (9) Unfair Competition;
23                                     ) (10) California Business & Professions
24                                     ) Code §§ 14245, et seq.;
                                       ) (11) Contributory Trademark
25                                     ) Infringement Under Federal Law; and
26                                     ) (12) Accounting
27                                     ) JURY TRIAL DEMANDED
28

                              - 1 -
                           COMPLAINT

## COMPLAINT

1.    Plaintiff Gibson Guitar Corp. ("Gibson") for its Complaint against Defendants Viacom International Inc. (hereinafter referred to as "Viacom") and John Hornby Skewes & Co. Ltd. (hereinafter referred to as "JHS") (collectively referred to as "Defendants") alleges as follows:

### Nature of Action

2.    This is an action for trademark infringement, trade dress infringement, trademark counterfeiting, unfair competition, trademark dilution, contributory trademark infringement and other related causes of action under federal, state and common law arising from the unauthorized use by Defendants of Gibson's Flying V Body Shape Design® Trademark, Flying V Peg-Head Design® Trademark and the word mark FLYING V®.

### The Parties

3.    Gibson is a Delaware Corporation with a principal place of business at 309 Plus Park Boulevard, Nashville, Tennessee 37217.

4.    Upon information and belief, Defendant Viacom is a Delaware Corporation with a principal place of business at 1515 Broadway, New York, NY 10036.

5.     Upon information and belief, Defendant JHS is a United Kingdom Corporation with a principal place of business at Salem House, Parkinson Approach, Garforth, Leeds LS25 2HR, United Kingdom.

6.     Upon information and belief, Defendant Viacom is the owner of the trademarks, among others, U.S. Reg. No. 2811653 for SPONGEBOB SQUAREPANTS and U.S. Reg. No. 3288589 for NICKELODEON and is engaged in the promotion and sale of various products in the United States, including in this District, through their business and their distributors.

7.     Upon information and belief, Defendant JHS is engaged in the promotion and sale of various products containing the above listed Viacom trademarks in the United States, including in this District, through their business, catalogs, distributors and website at www.jhs.co.uk.

8.     The true names and capacities of Defendants DOES 1 through 10 are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein as a fictitiously named Defendant is, in some manner, responsible for the events and happenings herein referred to, either contractually or tortuously, and caused damage to the Plaintiff as herein alleged.  When Plaintiff ascertains the true names and capacities of DOES 1 through 10, it will ask leave of this Court to amend its Complaint by setting forth the same.

9.     Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the Defendants was, and is an agent, servant, employee and/or partner of each of the other Defendants, and all of the things alleged to have been done by said Defendants were done in the capacity, and as the agent, servant, employee, and/or partner of the other Defendants.

## Jurisdiction and Venue

10.     Jurisdiction of this Court is based on 28 U.S.C. § 1331 (federal question), 28 U.S.C. §1338(a) and (b) (Acts of Congress relating to trademarks and related actions), Sections 39 and 43(a) and (c) of the United States Trademark Act of 1946 ("Lanham Act"), as amended (15 U.S.C. §1121 and 1125(a)(c)), and 28 U.S.C. §1367 (Supplemental Jurisdiction), as well as the principles of pendent jurisdiction.

11.     This action arises out of wrongful acts including: advertising, offering for sale, selling and distributing products by Defendants within this judicial district. This Court has personal jurisdiction over Defendants because Defendants have purposefully availed themselves of the opportunity to conduct commercial activities in this forum, and this Complaint arises out of those activities. Also, Defendants maintain continuous and systematic contacts with the forum such that the exercise of jurisdiction over Defendants would not offend traditional notions of fair play and substantial justice. Likewise, personal jurisdiction is proper under the California Long-Arm Statute, Code Civ. Proc., § 410.10, because the exercise of jurisdiction is

1  not inconsistent with the Constitution of this state or of the United States. Venue is

2  proper in this district under 28 U.S.C. §1391(b) and (c), as Defendants are subject to

3  personal jurisdiction in this District and a substantial part of the events giving rise to

4  these claims occurred in this District.

5

6  **Gibson's Use And Ownership Of The Flying V Body Shape Design® Trademark,**

7  **The Flying V Peg-Head Design® Trademark And The Word Mark FLYING V®**

8

9      12.    Plaintiff Gibson is engaged in the business of developing, manufacturing

10  and selling musical instruments, including electric guitars, basses and mandolins under

11  the famous GIBSON® trademark for over a century.

12

13      13.    Gibson guitars are sold worldwide.  Gibson's instruments have gained

14  worldwide recognition and reputation, winning awards for their design.

15

16      14.    Gibson is the sole owner of the distinctive The Flying V Body Shape

17  Design®, U.S. Trademark Reg. No. 2051790 (hereinafter "Flying V Body Shape

18  Design® Trademark").  This Trademark was issued by the U.S. Patent and Trademark

19  Office on April 15, 1997, and has been continuously and exclusively used in

20  commerce by Gibson since 1958.  A copy of the Trademark's registration is attached

21

22  hereto as Exhibit A.

23

24      15.    Gibson is the sole owner of the distinctive Flying V Peg-Head Design®,

25  U.S. Trademark Reg. No. 3976202 (hereinafter "Flying V Peg-Head Design®

26  Trademark").  This Trademark was issued by the U.S. Patent and Trademark Office on

27

28

June 7, 2011, and has been continuously and exclusively used in commerce by Gibson since 1958. A copy of the Trademark's registration is attached hereto as <u>Exhibit B</u>.

16.     Gibson is the sole owner of the distinctive word mark FLYING V®, U.S. Trademark Reg. No. 1216644 (hereinafter "FLYING V® Trademark"). This Trademark was issued by the U.S. Patent and Trademark Office on November 16, 1982, and has been continuously and exclusively used in commerce by Gibson since 1958. A copy of the Trademark's registration is attached hereto as <u>Exhibit C</u>.

17.     Gibson has spent millions of dollars in the advertising and promotion of the Flying V Body Shape Design® Trademark, the Flying V Peg-Head Design® Trademark, and the FLYING V® Trademark (hereinafter collectively referred to as the "Gibson Trademarks") which have been used in conjunction with various Gibson stringed instruments.

18.     As a result of the quality of Gibson's products and the extensive sales, licensing and marketing, advertising and promotion of these products under the Gibson Trademarks, the Flying V Body Shape Design® Trademark, the Flying V Peg-Head Design® Trademark, and the FLYING V® Trademark have become famous trademarks that are widely and favorably known by consumers in the United States and elsewhere as designating high quality and dependable products originating exclusively from Gibson and its related companies.

19.    The Gibson Trademarks have been famous in the United States and elsewhere since long prior to the acts complained of herein.

20.    The above-identified registrations remain in full force and effect and are *prima facie* proof of Gibson's exclusive right to own and use the Flying V Body Shape Design® Trademark and the FLYING V® Trademark.  In addition, the Flying V Body Shape Design® Trademark and the FLYING V® Trademark are incontestable pursuant to Section 15 of the Lanham Act (15 U.S.C. § 1065).

## Misuse By Defendants Of The Gibson Trademarks

21.    Upon information and belief, Defendants offer for sale and sell products using the Flying V Body Shape Design® Trademark, Flying V Peg-Head Design® Trademark and the word mark FLYING V® ("Defendants' Unauthorized Products"). [*See* Exhibits "D & E"].

22.    Upon information and belief, notwithstanding the lack of authorization from Gibson and the fact that said Defendants' Unauthorized Products otherwise are not authorized to be sold utilizing the Gibson Trademarks, Defendants have made repeated unauthorized use of the Trademark in connection with said products, as described below, with the intent to mislead and confuse consumers into believing that said Defendants' Unauthorized Products are made directly by Gibson pursuant to Gibson's strict quality control standards or that said Defendants' Unauthorized Products are otherwise authorized or licensed by Gibson and with the intent of

misappropriating, for their own benefit, the tremendous goodwill built up by Gibson in the Gibson Trademarks.  [See Exhibits "D & E"].

23.    In particular, Defendants have improperly used the Gibson Trademarks in their advertising and promotional materials for said Defendants' Unauthorized Products as well as on their Internet website at www.jhs.co.uk, and otherwise have falsely stated or implied that said Defendants' Unauthorized Products are made directly by Gibson pursuant to Gibson's strict quality control standards or that their use of the Gibson Trademarks is authorized or licensed by Gibson.

24.    Plaintiff is informed and believes, and thereon alleges that Defendants are or have been advertising and selling the Defendants' Unauthorized Products bearing the Flying V Body Shape Design® Trademark, Flying V Peg-Head Design® Trademark and the FLYING V® Trademark on the www.jhs.co.uk website and its product pages at www.amazon.com.

25.    Upon information and belief, the aforementioned misuse of the Gibson Trademarks by Defendants was done with the intent of deceiving or misleading customers into mistakenly believing that said Defendants' Unauthorized Products were authorized Gibson products originating from Gibson or its related companies and otherwise misappropriating the goodwill built up by Gibson in the Gibson Trademarks and otherwise attracting and misdirecting consumers looking for genuine or authorized Gibson goods to Defendants' websites.

26.    Prior to commencing this lawsuit, Gibson and its representatives communicated directly with Defendants and their representatives in an attempt to resolve this matter without the necessity of bringing this lawsuit, but Defendants have failed to cease all unauthorized use of the Gibson Trademarks as requested by Gibson and continue to deliberately and intentionally use the Gibson Trademarks without the consent of Gibson.

27.    The misuse of the Gibson Trademarks by Defendants was intended to cause, has caused, and is likely to continue to cause, consumer confusion, mistake or deception including the misleading of consumers into mistakenly believing that the Defendants' Unauthorized Products are made directly by Gibson pursuant to Gibson's strict quality control standards or Gibson has authorized or licensed the use by Defendants of the Trademark for those products.

28.    The aforementioned misuse of the Gibson Trademarks by Defendants is damaging to the reputation and goodwill of Gibson and the Gibson Trademarks.

29.    Upon information and belief, the aforesaid acts of Defendants have caused and, unless enjoined, will continue to cause irreparable damage to Gibson and to the reputation of its valuable Gibson Trademarks.

30.    Gibson has no adequate remedy at law.

## COUNT I

### Trademark Infringement Under The United States Trademark Act (15 U.S.C. 1114 (1))

31.    Gibson repeats the allegations set forth in Paragraphs 1 through 30.

32.    Defendants' use of a reproduction, counterfeit, copy, or colorable imitation of the famous Gibson Trademarks, without Gibson's consent, in commerce in connection with the sale, offering for sale, distribution, or advertising of their products or services is likely to cause confusion, or to cause mistake, or to deceive the public, and thus constitutes trademark infringement pursuant to 15 U.S.C.§ 1114.

33.    The complained of acts constitute willful, deliberate and intentional infringement of Plaintiff's federally registered trademarks for the Gibson Trademarks in violation of §32(1) of the Lanham Act (15 U.S.C. §1114(1)).

34.    Defendants' intentional and willful infringement of the Gibson Trademarks has caused, and will continue to cause, damage to Gibson and is causing irreparable harm to Gibson for which there is no adequate remedy at law.  Defendants are directly, contributory, and/or vicariously liable for these actions.

## COUNT II

### Trademark Counterfeiting Under The United States Trademark Act (15 U.S.C. 1114(1))

35.  Gibson repeats the allegations set forth in Paragraphs 1 through 34.

36.     Upon information and belief, Defendants intentionally used, without Gibson's consent, a counterfeit version of the Gibson Trademarks in commerce, knowing that the marks were counterfeit.  Defendants used the counterfeit marks in connection with the sale, offering for sale, or distribution of their goods and services, which is likely to cause confusion, or cause mistake, or deceive the public.

37.     The complained of acts constitute trademark counterfeiting in violation of Section 32(1) of the Lanham Act (15 U.S.C. §1114(1)).

## COUNT III

**False Designation of Origin an Unfair Competition Under The United States Trademark Act (15 U.S.C. 1125(a))**

38.     Gibson repeats the allegations set forth in paragraphs 1 through 37.

39.     Defendants' use of the Gibson Trademarks, without Gibson's consent, in commerce to promote, market, or sell their products or services in direct competition with Gibson's products and services constitutes False Designation of Origin and Unfair Competition pursuant to 15 U.S.C. § 1125(a).  Defendants' use of the Gibson Trademarks are a false designation of origin, a false or misleading description of fact, and/or a false or misleading representation of fact, which is likely to cause confusion, or cause mistake, or to deceive as to the affiliation, connection, or association of such Defendants with Gibson and/or as to the origin, sponsorship, or approval of Defendants' productions and commercial activities with Gibson.

40.    The complained of acts constitute willful, deliberate and intentional false designations of origin as to products made available by Defendants and unfair competition in violation of §43(a) of the Lanham Act (15 U.S.C. §1125(a)).

41.    Defendants' wrongful activities have caused - and unless enjoined by this Court - will continue to cause irreparable injury and other damages to Gibson's business and reputation, and will continue to cause damage to the goodwill it has developed in its Gibson Trademarks.  Gibson has no adequate remedy at law.

## COUNT IV

**False Descriptions of Fact and Representations
and False Advertising Under The United States
Trademark Act (15 U.S.C. 1125(a))**

42.    Gibson repeats the allegations set forth in paragraphs 1 through 41.

43.    Defendants' use of the Gibson Trademarks, without Gibson's consent, in commercial advertising or promotion to promote, market, or sell their products or services in direct competition with Gibson's products and services constitutes False Description of Fact and Representation and False Adverting pursuant to 15 U.S.C. § 1125(a).  Defendants' use of the Gibson Trademarks in commercial advertising or promotion misrepresents the nature, characteristics, qualities, or geographic origin of their goods, services, or activities.

44.     The complained of acts constitute willful, deliberate and intentional false and misleading descriptions of fact, false and misleading representations of fact and false advertising in violation of §43(a) of the Lanham Act (15 U.S.C. §1125(a)).

45.     Defendants' wrongful activities have caused - and unless enjoined by this Court - will continue to cause irreparable injury and other damages to Gibson's business and reputation, and will continue to cause irreparable injury to the goodwill it has developed in its the Gibson Trademarks.  Gibson has no adequate remedy at law.

## COUNT V

**Trademark Dilution Under The United States Trademark Act**
**(15 U.S.C. 1125(c))**

46.     Gibson repeats the allegations set forth in paragraphs 1 through 45.

47.     Defendants' unauthorized use of the famous Gibson Trademarks is likely to dilute and blur the distinctive quality of these marks and to tarnish the Gibson Trademarks.

48.     The complained of acts have diluted and damaged the distinctive quality of Gibson's famous Gibson Trademarks and constitute trademark dilution of the famous marks in violation of §43(c) of the Lanham Act (15 U.S.C. §1125(c)).

49.     Upon information and belief, Defendants willfully intended to trade on Gibson's reputation and/or cause dilution and tarnishment of Gibson's famous Gibson Trademarks.

## COUNT VI

### Trade Dress Infringement Under Federal Law

50.    Gibson repeats the allegations set forth in paragraphs 1 through 49.

51.    Gibson has used in interstate commerce the inherently distinctive product designs in connection with the sale and marketing of its guitars. The Gibson designs, namely: the Flying V Body Shape Design® Trademark and the Flying V Peg-Head Design® Trademark contain inherently distinctive, nonfunctional features that are protected under the Lanham Act §43(a) (15 U.S.C. 1125(a)).  In addition, all of these design marks have acquired distinctiveness and signify Gibson as the manufacturer in the mind of the average consumer.

52.    Defendants' use of the infringing trade dress has confused and is likely to continue to cause confusion, or cause mistake, or deceive the consuming public into believing that the Defendants' Unauthorized Products are authorized, sponsored or approved by Gibson.

## COUNT VII

### Trademark Dilution Under
### California Business and Professions Code (Section 14330)

53.    Gibson repeats the allegations set forth in Paragraphs 1 through 52.

54.    The complained of acts are likely to cause injury to the business reputation of, or otherwise dilute, the distinctive quality of the Gibson Trademarks in violation of §14330 of the California Business and Professions Code.

## COUNT VIII

### Common Law Trademark Infringement And Unfair Competition

55.    Gibson repeats the allegations set forth in Paragraphs 1 through 54.

56.    The complained of acts constitute trademark infringement, palming off, and unfair competition in violation of the common law of the State of California.

## COUNT IX

### Unfair Competition Under
### California Business and Professions Code (Section 17200)

57.    Gibson repeats the allegations set forth in Paragraphs 1 through 56.

58.    The complained of acts constitute unlawful acts of unfair competition and unlawful, unfair and fraudulent business practices in violation of §17200, *et seq.* of the California Business and Professions code.

## COUNT X

### California Trademark Infringement, Dilution and Deceptive Acts and Practices
### California Business & Professions Code §§ 14245, *et seq.*

59.    Gibson repeats the allegations set forth in Paragraphs 1 through 58.

60.    The foregoing acts of Defendants constitutes trademark infringement in violation of California Business & Professions Code section 14245, for which Plaintiff is entitled to injunctive relief, profits, and damages.

61.    The foregoing acts of Defendants will create a likelihood of injury to the public image and business reputation of Gibson, in the public, and will likely associate

Defendants' infringing goods with the Gibson Trademarks and Gibson's goods, and cause the dilution of the distinctive quality of the Gibson Trademarks, all in violation of California Business & Professions code section 14247, for which Plaintiff is entitled to injunctive relief.

**COUNT XI**

**Contributory Trademark Infringement Under Federal Law**

62.   Gibson repeats the allegations set forth in Paragraphs 1 through 61.

63.   Gibson is informed and believes, that Defendants have without permission, authority or license from Gibson, participated in or otherwise knowingly contributed to the affixation, application and/or use by their clients/customers and others in connection with the advertisement, display, promotion, marketing, distribution, publication, provision, offering for sale and/or sale of goods, of false descriptions and representations, including words and designs which tend to falsely describe or represent such goods as Gibson's, and/or affiliated with Gibson or alternatively, which tend to describe or represent the Gibson Trademarks as affiliated with Defendants, and have participated in or otherwise knowingly contributed to causing such goods and services to enter into interstate commerce with full knowledge of the falsity of such designations of origin, and such descriptions and representations, all to the detriment of Gibson. Defendants' participation in, or otherwise knowing, contribution to the advertisement, display, promotion, marketing, distribution,

publication, provision, offering for sale and/or sale of goods incorporating unauthorized use of the Gibson Trademarks constitutes false descriptions and representation tending falsely to describe or represent the Defendants' Unauthorized Products.

64. Defendants' contributory conduct in connection with their clients/customers and others' respective unauthorized and unlawful acts of unfair competition, and each of them, have enabled, assisted, aided and abetted their clients/customers and others to trade unlawfully upon the established goodwill and reputation of Gibson and its licensees. Defendants are thereby unjustly enriching themselves at the expense and to the damage and injury to Gibson, and unless enjoined by this Court, will further impair the value of the Gibson Trademarks. By reason of the aforesaid, the continued use by Defendants and their customers/clients of the Gibson Trademarks, or the likeness thereof, has caused, and unless restrained will continue to cause, serious irreparable injury to Gibson.

65. Gibson has no adequate remedy at law and has suffered, and is continuing to suffer, harm and damage as a result of Defendants' acts of contributory unfair competition in amounts within the jurisdiction of this Court, thus far not determined, but believed to be in excess of Twenty-Five Thousand Dollars ($25,000), which amounts should be trebled pursuant to 15 U.S.C. §1117.

66.   Defendants have been notified of their infringing and illegal activity. Despite clear requests to Defendants, Gibson is informed and believes, and upon that basis alleges, that Defendants have willfully and knowingly continued their wrongful conduct in violation of Gibson's rights through the date of the filing of this Complaint.

## COUNT XII

### Accounting
### Common Law

67.   Gibson repeats the allegations set forth in Paragraphs 1 through 66.

68.   Defendants' activities, as alleged above, have violated Plaintiff's rights in the Gibson Trademarks under common law.

69.   As a direct result of the infringing activities, Defendants have been unjustly enriched through fraudulent conversion of Plaintiff's goodwill and rights in its trademarks into their own profits through the sale of infringing products and has caused Plaintiff to lose sales of its genuine goods and services.

70.   As a direct result of Defendants' misconduct, Defendants have received substantial profits, to which Plaintiff is entitled under common law.

71.   The amount of said profits is unknown to Plaintiff and cannot be ascertained without an accounting.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Gibson Guitar Corp. prays for judgment as follows:

1.      That judgment be entered in favor of Plaintiff on all causes of action set forth herein.

2.      That in accordance with Section 35 of the Lanham Act (15 U.S.C. §1117), Plaintiff be awarded monetary damages sufficient to recover: (1) Defendants' profits; (2) all damage suffered by Plaintiff; and (3) the costs of this action and that said amount be trebled or otherwise multiplied to the extent permitted by statute.  In addition, Plaintiff reserves the right to elect statutory damages up to and including $1,000,000 per counterfeit mark pursuant to 15 U.S.C. 1117(c).

3.      That Plaintiff be awarded such other monetary damages, recovery and awards as appropriate under the law.

4.      That Defendants' conduct violates the provisions of the California Business & Professions code sections 14240, 14245, 14247 and 17200-17210 and constitutes trademark infringement, unfair competition under the common law of the State of California.

5.      That Defendants, their officers, directors, principals, agents, servants, affiliates, employees, attorneys, representatives, successors and assigns, and all those in privy or acting in concert or participation with Defendants, and each and all of them, be preliminarily and permanently enjoined and restricted from directly or indirectly:

(a)      claiming or representing that any products and/or services sold by Defendants are made directly by Gibson pursuant to Gibson's strict quality control

standards or Gibson has authorized or licensed the use by Defendants of the Gibson Trademarks for those products;

(b)    using, in any manner, or holding itself out as having rights to use the Flying V Body Shape Design® Trademark, the Flying V Peg-Head Design® Trademark and the FLYING V Trademark or any other name, mark or design confusingly similar to the Gibson Trademarks to designate, describe or refer to themselves or in conjunction with any product or service, including any use in conjunction with any Internet activities conducted by it or on its behalf such as any use as a domain name or in the text, graphics and hypertext metatags of any Internet website;

(c)    requesting or inducing Internet search engines to display links to the Defendants' website or other websites displaying or promoting Defendants' products or services when potential customers using those search engines search for terms containing variations of the Flying V Body Shape Design® Trademark, the Flying V Peg-Head Design® Trademark and the FLYING V Trademark;

(d)    selling, offering for sale, promoting, advertising, distributing or providing or offering to provide any goods or services in conjunction with the Gibson Trademarks or any other name, mark or design confusingly similar to the Gibson Trademarks in conjunction with any product or service; and

(e)     engaging in any course of conduct likely to cause confusion, deception or mistake or injure Plaintiff's business reputation or dilute the Gibson Trademarks or appropriate the good will and reputation of said mark or lead to the passing off of Defendants' products and services as Gibson products and services.

6.     That the Court issue an Order directing Defendants to file with the Court and serve on Plaintiff, within thirty (30) days after the service on Defendants of such injunctions, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction.

7.     That the Court award judgment in favor of the Plaintiff in the amount of treble damages.

8.     That the Court award to Plaintiff punitive damages sufficient to deter Defendants from committing such willful acts of infringement in the future.

9.     That the Court require a full and complete accounting of all monies received by Defendants as a result of the infringement.

10.     That Defendants be required to deliver to Plaintiff all merchandise, packaging, labels, boxes, cartons, advertising, brochures, documents, advertising and promotional materials and other things, possessed, used or distributed by Defendant, or on its behalf, which use the Gibson Trademarks or any other name, mark or design confusingly similar to the Gibson Trademarks.

11.    That Plaintiff be awarded the costs of this action and its disbursements, and reasonable attorneys' and investigatory fees incurred, and as otherwise appropriate herein, pursuant to 15 U.S.C. §1117 or other appropriate statute or law.

12.    For interest on all amounts found to be due to Plaintiff from Defendants, at the prevailing rate, from the date of said amounts or any part thereof became or becomes due.

13.    That the Court require Defendants to notify their commercial associates, dealers, master distributors, suppliers and customers of this Order.

14.    That Plaintiff be granted such other monetary, equitable and further relief, as this Court may deem appropriate under federal, state and common law.

15.    That the Court retain jurisdiction of this action for the purpose of enabling Plaintiff to apply to the Court, at any time, for such further orders and directions as may be necessary or appropriate for the interpretation or execution of any Order entered in this action, for the modification of any such Order, for the enforcement or compliance therewith and for the punishment of any violation thereof.

## **DEMAND FOR JURY TRIAL**

Gibson hereby demands a jury trial on all issues.

1   Respectfully submitted, this 20th of December 2012.

2

3         BATES & BATES, LLC

4

5

6         ANDREA E. BATES

7         California Bar No. 192491

          964 DeKalb Avenue, Suite 101

8         Atlanta, Georgia 30307

          (404) 228-7439

9         Attorneys for PLAINTIFF

10        GIBSON GUITAR CORP.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

Int. Cl.: 15

Prior U.S. Cl.: 36

Reg. No. 2,051,790

## United States Patent and Trademark Office

Registered Apr. 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
RATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY
GUITARS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 12-31-1958; IN COMMERCE
12-31-1958.
THE MARK COMPRISES A FANCIFUL CON-
FIGURATION OF A GUITAR BODY.

SER. NO. 74-570,030, FILED 9-6-1994.

LORI SCHULMAN, EXAMINING ATTORNEY



EXHIBIT
A

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,976,202**

**Registered June 7, 2011**

**Int. Cl.: 15**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

GIBSON GUITAR CORP. (DELAWARE CORPORATION)
309 PLUS PARK BLVD.
NASHVILLE, TN 37217

FOR: STRINGED INSTRUMENTS, NAMELY, GUITARS AND ELECTRIC GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 12-31-1958; IN COMMERCE 12-31-1958.

THE MARK CONSISTS OF THE THREE DIMENSIONAL CONFIGURATION OF A GUITAR PEG HEAD.

SER. NO. 85-216,721, FILED 1-13-2011.

FRANK LATTUCA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent and Trademark Office

Reg. No. 1,216,644
Registered Nov. 16, 1982

## TRADEMARK
### Principal Register

## FLYING V

Norlin Industries, Inc. (Delaware corporation)
44 S. Broadway
White Plains, N.Y. 10601

For: GUITARS, in CLASS 15 (U.S. Cl. 36).
First use 1958; in commerce 1958.

Ser. No. 343,718, filed Dec. 28, 1981.

G. T. GLYNN, Examining Attorney


EXHIBIT
C



Real Musical Instruments

EXHIBIT

D



# Full Size Electric Guitar Outfits

Encore
An Encore product

## SBEOFT-YL
### Yellow Full Size Electric Guitar Outfit
Electric Guitar
10 Watt SpongeBob Amp with Overdrive
Carry Bag
Guitar Strap
Guitar Cable
Spare Set of Strings
Pick
SpongeBob Tuition DVD

## SBEOFT-BLK
### Black Full Size Electric Guitar Outfit
Electric Guitar
10 Watt SpongeBob Amp with Overdrive
Carry Bag
Guitar Strap
Guitar Cable
Spare Set of Strings
Pick
SpongeBob Tuition DVD

### Guitar Specifications
Maple Neck & Fingerboard
Scale 25.5/648mm
22 Frets
Adjustable sealed gear tuners
Fulcrum style vibrato
3 Single Coil Pickups
5-Way Pickup Selector
1 x Volume, 2 x Tone Control
Chrome Hardware

## Guitar Tuner
### SBT01 Clip-On Chromatic Tuner
Fully chromatic tuner with built-in vibration sensor. Backlit blue LCD display with 'Teeth' that light up when in tune. Sharp/ In Tune/ Flat LED's, +/- 1 cent accuracy, fully adjustable clip for easy viewing. Battery Included.

## Guitar Cables
### Guitar Cable Heavy duty 10ft/3m
noiseless neon coloured instrument cable with strain relief sleeving. Chrome 6.35mm mono jacks with gold tips.
**SBC01** Neon Yellow
**SBC02** Neon Pink
**SBC03** Neon Green

2



# Junior Electric Guitar Outfits

**Encore**
An Encore product

**SBG78**
**7/8 Size Electric Guitar Outfit**
Electric Guitar with 7/8 size body and full scale neck
Micro Blaster Amplifier with Volume, Tone & Overdrive
Carry Bag
Guitar Strap
Guitar Cable
Pick
SpongeBob Tutorial DVD

**SBG34**
**3/4 Size Electric Guitar Outfit**
Electric guitar - 3/4 size
Built-In Speaker
Carry Bag
Guitar Strap
Pick
SpongeBob Tutorial DVD

**SB-FLS1**
**Character Facelift**

**SB-FLS2**
**SpongeBob Facelift**

# Amplifier

**SB-BB10**
**SpongeBob 10 Watt Amp**
Guitar amp with Input and Headphone sockets, Gain, Volume, Bass and Treble controls, Overdrive/Clean switch and Power On LED. Mains driven.

# Guitar Overlays

**Facelift**
by Encore

Transform the look of your double cutaway electric guitar in seconds with Facelifts! A re-usable guitar body overlay that simply applies to the guitar and peels off after use. Also includes bonus SpongeBob stickers. Guitar not included.

3



# Full Size & Junior Acoustic Guitar Outfits

Encore
An Encore product

**SBACOFT**
## Full Size Acoustic Guitar Outfit
Steel String Acoustic Guitar
Carry Bag
Guitar Strap
Pitch Pipe
Spare Set of Strings
Pick
SpongeBob Tutorial DVD

**SBG01**
## Junior 1/2 size Guitar Outfit
Nylon String Guitar
Carry Bag
Guitar Strap
Pitch Pipe
Spare Set of Strings
Pick

### Pick Cabinet
Plastic display cabinet containing 216 assorted SpongeBob, Character and Punk picks. **SBPC** Pick Cabinet

# Plectrums DUNLOP

Made by the USA's most famous manufacturer of plectrums – Dunlop Manufacturing.
Each design is printed on Dunlop's Poly pick and offers a non-slip feel. Suitable for guitar players of all styles these picks offer superior tone, playability and long life.
Available in three gauges: Light, Medium and Heavy.

4

# Ukulele Outfits


Encore
An Encore product



## SBUK 1
**Ukulele Outfit**
Classic shaped wooden ukulele with nylon strings and geared machines for accurate tuning. Complete with carry bag, pitch pipe, plectrum and instructions.

## SBUG 12
**'Games' Ukulele**
Adorned with SpongeBob and his best friends, Patrick and Gary, this classic shaped wooden ukulele with nylon strings and geared machines for accurate tuning is a great looking and sounding instrument. Plain boxed.



## SBUV3
**Flying 'V' Ukulele Outfit**
Flying 'V' shaped nylon strung wooden ukulele with geared machines. Complete with carry bag, pitch pipe, plectrum and instructions.

## SBUP2
**Pineapple Ukulele Outfit**
Pineapple shaped nylon strung wooden ukulele with geared machines. Complete with carry bag, pitch pipe, plectrum and instructions.





  





**Punk Pick Packs**
6 picks/3 designs per pack.
**SBP-PUNKL**   Light gauge
**SBP-PUNKM**   Medium gauge
**SBP-PUNKH**   Heavy gauge

**Character Pick Packs**
6 picks/6 designs per pack.
**SBP-CHARL**   Light gauge
**SBP-CHARM**   Medium gauge
**SBP-CHARH**   Heavy gauge

**SpongeBob Pick Packs**
6 picks/3 designs per pack.
**SBP-SBL**   Light gauge
**SBP-SBM**   Medium gauge
**SBP-SBH**   Heavy gauge



# Junior 3pc Drum Kit

### SBK100
#### 3pc Junior Drum Kit
The drum kit features tunable 12" x 10" bass drum, 8" x 6" mounted tom tom and 8" x 4" snare drum. A 9.5" cymbal plus chrome plated adjustable snare drum stand, tom tom holder post and cymbal holder. Bass drum pedal with felt beater, padded drum stool, drum sticks and drum key.

**SBDSFS Full Size Drum Stick**
Refill Pack – 8 Pairs

**SBDSYL Full Size Drum Stick**
Refill Pack – 8 Pairs - Yellow
SpongeBob Sticks

**SBDSJR Junior Size Drum Stick**
Refill Pack – 8 Pairs

**SBDSDS**
#### Drum Stick Display Stand
Colourful counter display stand loaded with 16 pairs of full size drum sticks and 8 pairs of junior drum sticks. Assorted drum stick designs with individual stick wraps.

# Drum Sticks

Fantastically colourful designed wooden drum sticks in both full size (40.5cm long) and junior sizes (30cm long).
Choose from three designs: Jellyfish, SpongeBob and Characters.

6

# Junior Percussion





### SBPP002
**Tambourine**
Wooden hooped tambourine with 4 pairs of chrome jingles.
SpongeBob design playing head. 15cm dia x 4.5cm deep shell.

### SBPP004
**Mini Bongos**
Wood shell drums emblazoned with SpongeBob.
11cm dia x 11cm (h) + 13cm dia x 11cm (h)

### SBPP001
**Maracas**
Large and loud,
wood maracas – pair.
Each has two SpongeBob
face designs.
65mm dia x 20cm (h).





### SBPP003
**Egg Shakers**
Egg shaped wood hand-held shakers
each with two SpongeBob face designs
- pair. 4cm dia x 58mm (h)





### SBPP005
**'Shaker' Pack**
Wooden Instrument selection in a clear plastic carry case.
1 x Tambourine, 2 x Maracas and 2 x Egg Shakers.

### SBPP 12
**'Games' Shaker Pack**
SpongeBob SquarePants Games themed wooden instruments in a
carry case. 1 x Tambourine, 2 x Maracas and 2 x Egg Shakers.

7



**Watch every day on Nickelodeon!**
**www.nick.co.uk**

 **www.jhs.co.uk**  facebook.com/gearmagazine  twitter.com/gearmagazine 

*WORLDWIDE TRADE DISTRIBUTORS:*
*JOHN HORNBY SKEWES & CO. LTD., SALEM HOUSE, PARKINSON APPROACH, GARFORTH, LEEDS LS25 2HR, UK.*
©2012 JHS & Co. Ltd. Specifications and colours are subject to change without prior notice.
Entire a John Hornby Skewes product and PP Drums (Performance Percussion) is a registered trademark of John Hornby Skewes & Co. Ltd. Dunlop is a registered trademark of Dunlop Manufacturing Inc.
© 2012 Viacom International Inc. All Rights Reserved. Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International Inc. Created by



Search

Electric Guitars

Acoustic Guitars

Bass Guitars

Folk Instruments

Classic Guitars

Effects Pedals

Guitar Accessories

Guitar Parts

Guitar Pickups

Leads & Cables

Straps

Plectrums

Capos

Tuners/Metronomes

Strings

Music Lights

Stylophone

Cases & Bags

Stands

Amplification

Pro Audio

Percussion

Violin Family

BrassWind



**Real Musical Instruments**

EXHIBIT

E

## SpongeBob Squarepants
## Electric Guitar Outfit





**SBEOFT-BLK**
**SpongeBob Squarepants**
**Electric Guitar Outfit**
**£199.00**

The SpongeBob SquarePants Electric Guitar Outfit is available with a choice of SB guitar graphics in yellow or
black, and also includes the SpongeBob scented 10 watt amp, carry-bag, strap, guitar lead, plectrum, spare

black, and also includes the SpongeBob covered 10 watt amp, carry bag, strap, guitar lead, plectrum, spare set of strings – and tuition DVD! Presented in a full colour SpongeBob graphic carton display pack.

© 2007 Viacom International Inc. All rights reserved.

Like   778

Back To Top



**SBEOFT-YL**
**SpongeBob Squarepants**
**Electric Guitar Outfit**
**£199.00**

The SpongeBob SquarePants Electric Guitar Outfit is available with a choice of SB guitar graphics in yellow or black, and also includes the SpongeBob covered 10 watt amp, carry bag, strap, guitar lead, plectrum, spare set of strings – and tuition DVD! Presented in a full colour SpongeBob graphic carton display pack.

© 2007 Viacom International Inc. All rights reserved.

Like   778

Back To Top

## SpongeBob Squarepants
## 3/4 Size Electric Guitar Outfit with Built-in Speaker





**SBG34**
**SpongeBob Squarepants**
**3/4 Size Electric Guitar Outfit (Containing Speaker) – £129.00**

Hey, SpongeBob guitars go punk – turn these guitars up way loud! How about the brilliant SpongeBob graphics on this fab-u-lous guitar? Neat 3/4 size twin cutaway body style, smooth forearm chamfer and rear ribcage contour, maple neck and fretboard, with a single coil pickup and single rotary Volume control all making this an exciting guitar to get into a SpongeBob groove with.

And that's really easy to do, because this guitar features its own inbuilt amp and speaker, powered by an onboard 9v battery! You can play it through a regular amp as well, via the output jack socket, and there's a mini-jack input so's you can practise in private with headphones. There's also a useful guitar carry bag, lead, strap, pick and you've also got a SpongeBob tutorial DVD with this outfit. Be the first with a Screamin' SpongeBob punk guitar!

© 2007 Viacom International Inc. All rights reserved.

Like  778

Back To Top





**SBG78**
**SpongeBob Squarepants**
**7/8 Size Electric Guitar Outfit and Mini Amp**
£149.00

We're going electric guitar crazy this time – and doing it in typical SpongeBob style! Let's check out the SpongeBob Electric Guitar Outfit. You can't miss it – the fantastic 7/8 body size guitar (but with full size scale neck) features lots of great, full-colour high gloss SpongeBob expressions on the front of the body, and the headstock too! The guitar is shaped in the classic electric guitar twin-cutaway design style, with forearm chamfer and rear ribcage contour, is dead easy to get on with and great fun to play, too. Sounds great as well, with a meaty single humbucking pickup controlled by straightforward Volume and Tone rotary controls, with the output jack socket located on the lower bout of the guitar. Nice maple neck and fretboard, with six adjustable fully-enclosed machine heads. Neat!

Even neater still is the brilliant Micro Blaster amp that comes with the outfit – finished in matching yellow, natch, and grey grille speaker cloth, the amp sits on four chunky rubber feet. It can either be powered by a single 9v battery, or 9v DC in PSU (not supplied), and features a single input jack, smart 'chicken head' controls on the Volume and Tone rotaries, plus 'On' switch with optional Overdrive setting. A small red LED shows when the amp is powered up. On the back panel of the Micro Blaster amp, you've got mini jack sockets for headphones – and MP3 input too, so you can play along with your favourite songs!

You also get a carry bag, strap, lead and pick with this SpongeBob electric guitar outfit – and a special SpongeBob tutorial DVD to get you playing!

© 2007 Viacom International Inc. All rights reserved.

Like 778

Back To Top

# SpongeBob Squarepants Guitar Amplifier



**SB-BB10**
**SpongeBob Squarepants**
**10W Guitar Amplifier**
**£44.99**

10 watt guitar amplifier, designed with your needs in mind. Feature laden, great sounding, able to adapt to all kinds of music, this amplifier really delivers. Whatever style you choose, it's ready!

Drive/Clean– Push this little button to get lots more ZAP and blast. Check it out!

2.) Input– This is a standard 1/4" input jack for plugging in your instrument. It is intended for guitars but will accept other instruments as well.

3.) Gain– Adjust this clockwise to increase the amount of distortion you add to the overdrive signal. Used in the lower ranges of the control, you get a less distorted sound, a "bluesy" tone. As you increase the gain, you add tremendous amounts of distortion to the signal for a harder edged "crunch" tone.

4.) Bass/Treble EQ <– Mould your own sound with these tone controls.

5.) Volume– The output volume control for the entire amplifier.

6.) Phones– A 1/4" jack for plugging in headphones to put the sound in both ears,creating a pseudo-stereo sound. Volume will be determined by the volume control. It will automatically disconnect the internal speaker when plugged in to allow quiet practising.

7.) Power– This switch turns the power to the amp on and off.

© 2007 Viacom International Inc. All rights reserved.

Like 778

Back To Top

# SpongeBob Squarepants Guitar Cables





**SBC01 – Neon yellow • SBC02 – Neon pink • SBC03 – Neon green**
**£12.99 each**

Hey-hey SpongeBob fans how'd you like to get connected in your fave SpongeBob SquarePants character coloured guitar lead? Well now you can with these 10ft neon coloured guitar leads made specially by GYC. Each features heavy duty, oxygen noiseless cable with 6.3mm ø chrome straight entry mono jack plugs with gold tip connectors for excellent signal connectivity and reproduction. They have hot-shrink strain relief sleeving which protects the ends of the cable if over-flexed. Available in SpongeBob Yellow, Patrick Pink or Squidward Green.

• 3m long, neon guitar/bass cables
• Heavy duty with strain-relief sleeving
• Noiseless
• Chrome 6.5mm mono jacks with gold tips

© 2007 Viacom International Inc. All rights reserved.

Like  778

Back To Top

## SpongeBob Squarepants Clip-On Chromatic Tuner



**SBT01 – Clip-On Chromatic Tuner**
**£12.99**

With a built-in vibration sensor, the SBT01 tuner easily clips on to any instrument – it's fully chromatic, having a 12 note range so you can tune all instruments, not just your guitar or ukulele. It's fully adjustable, the Sponge spins, ducks and dives, so viewing the natty blue backlit LCD display with white symbology housed inside his mouth is no problem. What's really clever about this tuner is that SpongeBob's two teeth actually sweep across the display whilst tuning, indicating whether the note is flat or sharp.

A large note letter is also displayed indicting the note being tuned. Further flat/in tune/sharp LED indictors also light up along his belt for added reference. It's ready to go straight out of the pack with a battery included and has a very accurate +/-1 cent tolerance. You won't believe how much fun tuning up can be.

- Fully chromatic
- Built-in vibration sensor
- Backlit blue LCD display
- 'Teeth' light up when in tune

- Fully adjustable clip
- Battery Included
- +/- 1 cent tolerance
- 'Sharp' / 'in tune' / 'Flat'

 

© 2007 Viacom International Inc. All rights reserved.

Like  778

Back To Top

## SpongeBob Squarepants Guitar Overlays







**A re-usable guitar body overlay Designed for use with a double cutaway electric guitar.**

**SB-FLS1**
SpongeBob Squarepants
Facelift Guitar Overlay
Characters
£7.99

**SB-FLS2**
SpongeBob Squarepants
Facelift Guitar Overlay
SpongeBob Eyes
£7.99

© 2007 Viacom International Inc. All rights reserved.

Back To Top

## SpongeBob Squarepants Acoustic Guitar Outfit