UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIACOM INTERNATIONAL INC., a Delaware corporation; JOHN HORNBY SKEWES & CO. LTD., a United Kingdom Corporation; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. CV 12-10870 DDP (AJWx)<br><br>Hon. Dean D. Pregerson<br><br>**ORDER EXTENDING TIME**<br><br>Complaint filed: December 20, 2012 |

## Order

Having considered the parties' Stipulation, and for good cause shown, it is hereby ORDERED that the time for Defendant Viacom International Inc. to answer, move or otherwise respond to the amended complaint in this action is hereby extended to April 15, 2013.

SO ORDERED.

Dated: March 25, 2013

Hon. Dean D. Pregerson
United States District Judge

1 [PROPOSED] ORDER EXTENDING TIME