ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
BATES & BATES, LLC
964 DeKalb Avenue, Suite 101
Atlanta, Georgia 30307
Phone (404) 228-7439
Fax (404) 963-6231

Attorneys for
Plaintiff GIBSON GUITAR CORP.,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON GUITAR CORP., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIACOM INTERNATIONAL INC., a Delaware corporation; JOHN HORNBY SKEWES & CO. LTD., a United Kingdom Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.<br>CV 12-10870 DDP (AJWx)<br><br>Order<br><br>Amended Complaint filed:<br>March 15, 2013<br><br>Current response date:<br>June 19, 2013<br><br>New response date:<br>July 19, 2013<br><br>Hon. Dean D. Pregerson |

ITS IS HEREBY ORDERED that Defendant JOHN HORNBY SKEWES & CO LTD's time to answer, move or otherwise respond to the complaint in this action is hereby extended to <u>July 19, 2013</u>.

Dated_June 13, 2013_____

_/s/ Dean D. Pregerson_

Hon. Dean D. Pregerson

{PROPOSED} ORDER