ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Boulevard
Atlanta, Georgia 30318
Phone: (404) 228-7439
Fax:    (404) 963-6231

Attorneys for Plaintiff GIBSON GUITAR CORP.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON GUITAR CORP., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VIACOM INTERNATIONAL INC., a Delaware corporation; JOHN HORNBY SKEWES & CO. LTD., a United Kingdom corporation and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. CV12-10870-DDP-AJW<br><br>**PLAINTIFF'S NOTICE AND MOTION FOR CERTIFICATION UNDER F.R.C.P. 54(B) OF THE COURT'S MAY 17, 2013 ORDER**<br><br>**Amended Complaint filed: March 15, 2013**<br><br>**Date: August 5, 2013**<br>**Time: 10:00 am**<br>**Courtroom: 3**<br>**Honorable Dean D. Pregerson** |

### NOTICE AND MOTION FOR CERTIFICATION UNDER F.R.C.P. 54(B)

NOW WHEREFORE TAKE NOTICE, Plaintiff Gibson Guitar Corp. ("Gibson") respectfully requests the Court to certify the May 17, 2013 Order Granting Defendant Viacom's Motion to Dismiss with Prejudice (hereafter referred to as "the Order") as a final judgment that is

directly and immediately appealable under Rule 54(b) of the Federal Rules of Civil Procedure. Thus, the relief sought is (1) an order directing entry of a separate final judgment dismissing Defendant Viacom and (2) certification in the order that there is "no just reason for delay" in appealing the final judgment disposing of all claims against Defendant Viacom.

The hearing will be on August 5, 2013, in front of Hon. Dean D. Pregerson at 10:00 am, at 312 North Spring Street, Courtroom 3, Los Angeles, CA, 90012.

Respectfully submitted, this 27th day of June 2013.

BATES & BATES, LLC

/s/ ANDREA E. BATES
Andrea E. Bates, Esq.
California Bar No. 192491
1890 Marietta Boulevard
Atlanta, Georgia 30318
(404) 228-7439
Attorneys for PLAINTIFF
GIBSON GUITAR CORP.